UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$191,787.00 IN U.S. CURRENCY,<br><br>Defendant.<br><hr>EDGAR MASSIAN AND<br>ALBERT TOVMASYAN,<br><br>Claimants. | No. CV 16-1960-SVW (AGR)<br><br>[~~PROPOSED~~]<br>CONSENT JUDGMENT<br><br>JS-6 |

This action was filed on March 22, 2016 against $191,787.00 seized on or about August 12, 2015, during the execution of a State of California search warrant at 5232 West Sunset Boulevard, Los Angeles, California ("defendant currency"). Notice has been given and published in accordance with law. Claimants Edgar Massian ("Massian") and Albert Tovmasyan ("Tovmasyan") filed a claim on May 16, 2016 and

an answer on June 6, 2016. No other potential claimant has filed a claim or answer, and the time for filing claims and answers has expired. Plaintiff United States of America, Massian and Tovmasyan have reached an agreement that is dispositive of the action and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Massian or Tovmasyan.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Massian and Tovmasyan are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D. $10,000.00 of the defendant currency shall be returned to Massian and Tovmasyan without interest and shall be paid to Massian and Tovmasyan no later than forty-five days after the date this Judgment is entered, or the date Massian and Tovmasyan provide the information described below, whichever is later.

E. If the United States elects to make the payment by check, the check will be payable to the "Tahmazian Law Firm Client Trust Account." If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Tahmazian Law Firm Client Trust Account. Massian and Tovmasyan agree to provide the necessary bank account information and personal identifiers for the trust account upon request from the United States.

F. The United States of America shall have judgment as to the remaining $181,787.00 of the defendant currency, together with all interest earned by the

government on the entire amount of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.

G. Massian and Tovmasyan have agreed to release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation, any petitions for remission, which Massian or Tovmasyan hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Massian or Tovmasyan, whether pursuant to 28 U.S.C. § 2465 or otherwise.

H.   The Court finds that there was reasonable cause for the institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: June 7, 2017

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: May June 5, 2017

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: May 31, 2017

_____
JILBERT TAHMAZIAN, ESQ.

Attorney for Claimants
EDGAR MASSIAN and
ALBERT TOVMASYAN

DATED: May 31, 2017

_____
EDGAR MASSIAN
Claimant

DATED: May 31, 2017

_____
ALBERT TOVMASYAN
Claimant

4